**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAMANY BROWNE, JENNIFER PETTIT, CASSAUNDRA MAXWELL, TAL NELKIN and CHRISTINE PRADO, individually and on behalf of all similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>COLGATE-PALMOLIVE COMPANY, individually and as successor-in-interest to HELLO PRODUCTS LLC, a Delaware corporation,<br><br>        Defendant. | Case No. 1:25-cv-05698-JPO<br><br>*Consolidated with* Case No. 1:26-cv-01434 |
| NATHAN BARTON and CYNTHIA FAHRNKOPF, individually and on behalf of all similarly situated persons,<br><br>        Plaintiffs,<br><br>    v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>        Defendant. | Case No. 1:26-cv-01931 |

**ORDER GRANTING**
**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE SUBSEQUENT ACTION**

Before the Court is Plaintiffs' Unopposed Motion to Consolidate Subsequent Action (the "Motion") in the above captioned actions. Plaintiffs request an order consolidating *Barton v. Colgate-Palmolive Company*, No. 1:26-cv-01931 (S.D.N.Y.) with *Browne v. Colgate-Palmolive Company*, Case No. 1:25-cv-05698-JPO (S.D.N.Y.), and extending the deadline for the

1

Consolidated Amended Complaint to April 10, 2026. Having reviewed the Motion and finding that the actions involve the same issues of fact and law, grow out of the same products and challenged practices, name the same defendant, and have many of the same claims, the Court further finds that the actions have sufficient commonality of issues and parties to warrant consolidation for all purposes, including discovery and trial. The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice. Consolidating the cases will serve the interests of convenience and judicial economy, as well as avoiding disparate rulings in separate actions.

The Court previously granted Plaintiffs' unopposed request to consolidate *Browne* with *Nelkin v. Colgate-Palmolive Company*, Case No. 1:26-cv-01434-JPO. Dkt. 34. *Browne* was designated the lead case and "Consolidated Action," with all future pleadings, motions, briefs, and other papers to be filed in the Consolidated Action. *Id.*

Accordingly, because the Court finds that the actions have sufficient commonality of law and fact, and for good cause shown, the Motion is hereby GRANTED. The Court ORDERS the following:

## CONSOLIDATION OF THE ACTIONS

1.  *Browne v. Colgate-Palmolive Company*, Case No. 1:25-cv-05698-JPO (S.D.N.Y.) and *Barton v. Colgate-Palmolive Company*, No. 1:26-cv-01931 (S.D.N.Y.) shall be CONSOLIDATED for all purposes into the *Browne* action, which is the lowest numbered case.

2.  The Clerk of Court is DIRECTED to close *Barton v. Colgate-Palmolive Company*, No. 1:26-cv-01931 (S.D.N.Y.).

## CONSOLIDATED AMENDED COMPLAINT

3.    Plaintiffs' deadline to file a Consolidated Amended Complaint in the Consolidated

Action is extended to April 10, 2026.

**IT IS SO ORDERED**.

_____
J. PAUL OETKEN
United States District Judge

The Clerk of Court is directed to
close Case Number 26-CV-1931.

So ordered.

3/12/2026